```
 1  SEYFARTH SHAW LLP
    Eric R. McDonough (SBN 193956)
 2    emcdonough@seyfarth.com
    Daniel Hargis (SBN 224226)
 3    dhargis@seyfarth.com
    Daniel R. Sable (SBN 245171)
 4    dsable@seyfarth.com
 5  2029 Century Park East, Suite 3500
    Los Angeles, California 90067-3021
 6  Telephone: (310) 277-7200
    Facsimile: (310) 201-5219
 7
 8  SEYFARTH SHAW LLP
    Lawrence E. Butler (SBN 111043)
 9    lbutler@seyfarth.com
    Robin M. Cleary (SBN 192489)
10    rcleary@seyfarth.com
11  560 Mission Street, 31st Floor
    San Francisco, California  94105
12  Telephone:  (415) 397-2823
    Facsimile:  (415) 397-8549
13
14  Attorneys for Defendant and Cross-Defendant
    FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for
15  MARSHALL BANK, N.A.
16
```

FILED  
2010 FEB 10 PM 12:14  
CLERK U.S. DISTRICT COURT  
CENTRAL DIST. OF CALIF.  
LOS ANGELES  
BY ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation,<br><br>Plaintiff.<br><br>v.<br><br>MARSHALL BANK, N.A., a national banking association; THE MARSHALL GROUP, INC., a Minnesota corporation, MARSHALL BANKFIRST CORPORATION, a Minnesota banking corporation, NARA BANK NATIONAL ASSOCIATION, a nationally chartered | Case No. EDCV10-0209 VAP (OPx)<br><br>NOTICE OF RELATED CASES<br><br>[Central District Local Rule 83-1.3.1] |

LA1 6927664.1

NOTICE OF RELATED CASES

| | |
|---|---|
| 1 | banking corporation, GOLD SECURITY ) |
| 2 | BANK, FIRST PRIVATE BANK & ) |
|   | TRUST, SAIGON NATIONAL BANK, ) |
| 3 | COMMUNITY BUSINESS BANK, ) |
|   | TWELVE OAKS PARTNERS, LLC, A ) |
| 4 | California Limited Liability Company, ) |
|   | STATEWIDE RECONVEYANCE ) |
| 5 | GROUP, INC., DBA STATEWIDE ) |
|   | FORECLOSURE SERVICES, a ) |
| 6 | California corporation, MB-BONA, ) |
| 7 | LLC, a Minnesota limited liability ) |
|   | company, MARSHALL FINANCIAL ) |
| 8 | GROUP, LLC, a Delaware limited ) |
|   | liability company, and DOES 1 through ) |
| 9 | 100, inclusive, ) |
| 10 |    Defendants. ) |
| 11 | ) |
| 12 | ) |
|    | _____ ) |
| 13 | ) |
|    | TWELVE OAKS PARTNERS, LLC, a ) |
| 14 | California limited liability company; ) |
| 15 |    Cross-Complainant, ) |
| 16 | v. ) |
| 17 | ) |
|    | MARSHALL BANK, N.A., a national ) |
| 18 | bank; THE MARSHALL GROUP, INC., ) |
|    | a Minnesota corporation; MARSHALL ) |
| 19 | BANKFIRST CORPORATION, a ) |
| 20 | Minnesota banking corporation; NARA ) |
|    | BANK NATIONAL ASSOCIATION, a ) |
| 21 | nationally chartered banking corporation; ) |
|    | GOLDEN SECURITY BANK; FIRST ) |
| 22 | PRIVATE BANK & TRUST; SAIGON ) |
| 23 | NATIONAL BANK; COMMUNITY ) |
|    | BUSINESS BANK; INTEGRATED ) |
| 24 | FINANCIAL ASSOCIATES, INC., a ) |
|    | Nevada corporation; STATEWIDE ) |
| 25 | RECONVEYANCE GROUP, INC., ) |
|    | DBA STATEWIDE FORECLOSURE ) |
| 26 | SERVICES, a California corporation; ) |
| 27 | ALL PERSONS UNKNOWN, ) |
|    | CLAIMING ANY LEGAL OR ) |
| 28 | |

-2-

| | |
|---|---|
| 1 | EQUITABLE RIGHT, TITLE, ESTATE, ) |
| 2 | LIEN OR INTEREST IN THE ) PROPERTY DESCRIBED IN THE ) |
| 3 | COMPLAINT ADVERSE TO ) PLAINTIFF'S TITLE, OR ANY ) |
| 4 | CLOUD ON PLAINTIFF'S TITLE ) THERETO and ROES 1 through 65, ) |
| 5 | inclusive, ) |
| 6 | ) Cross-Defendants. ) |
| 7 | ) |
| 8 | ) |

TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to *Central District Local Rule* 83-1.3.1, defendant and cross-defendant the Federal Deposit Insurance Corporation as Receiver for Marshall Bank, N.A. ("FDIC as Receiver"), by and through its counsel of record, hereby submits this Notice of Related Cases and states that it is not aware of any current litigation pending in the United States District Court for the Central District of California arising from the same or closely related transaction, happening or event as would call for determination of the same or substantially related or similar questions of law and fact and/or is likely for other reasons to entail substantial duplication of labor if heard by different judges.

DATED: February 9, 2010

SEYFARTH SHAW LLP

By /s/ Eric R. McDonough
Eric R. McDonough
Attorneys for Defendants and Cross-Defendants
FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for MARSHALL BANK, N.A.