UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **EDCV 10-0209 AG (OPx)** | Date | December 14, 2011 |
|---|---|---|---|
| Title | INTEGRATED FINANCIAL ASSOCIATES, INC. v. MARSHALL BANK, N.A., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

**Proceedings:** [IN CHAMBERS] ORDER DISMISSING SECOND AMENDED COMPLAINT

On April 11, 2011, this Court entered an Order allowing Plaintiff Integrated Financial Associates' ("IFA") former counsel to withdraw. The Court warned IFA that it risked a default judgment because corporations cannot appear without counsel. Local Rule 83-2.10.1.

Plaintiff has still failed to retain new counsel. The Court must therefore DISMISS Plaintiff's Second Amended Complain it its entirety, against all Defendants.

   :   0

Initials of Preparer   lmb