1 | Gary A. Waldron, Esq., State Bar # 99192
gwaldron@waldronbragg.com
2 | Jacob C. Gonzales, Esq., State Bar # 235555
jgonzales@waldronbragg.com
3 | **WALDRON & BRAGG, LLP**
23 Corporate Plaza Drive, Suite 200
4 | Newport Beach, CA 92660
Tel: (949) 760-0204; Fax: (949) 760-2507
5
6 | Attorneys for Defendant/Cross-Complainant
TWELVE OAKS PARTNERS, LLC

7

8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALL BANK, N.A., a national bank; THE MARSHALL GROUP, INC., a Minnesota corporation; MARSHALL BANKFIRST CORPORATION, a Minnesota banking corporation; NARA BANK NATIONAL ASSOCIATION, a nationally chartered banking corporation; GOLDEN SECURITY BANK; FIRST PRIVATE BANK & TRUST; SAIGON NATIONAL BANK; COMMUNITY BUSINESS BANK; TWELVE OAKS PARTNERS, LLC, a California limited liability company; STATEWIDE RECONVEYANCE GROUP, INC., dba STATEWIDE FORECLOSURE SERVICES, a California corporation, MB-BONA, LLC, a Minnesota limited liability company, MARSHALL FINANCIAL GROUP, LLC, a Delaware limited liability company, and DOES 1 through 100, Inclusive,<br><br>Defendants.<br>_____ | CASE NO. EDCV 10-000209-AG (OPx)<br><br>[Related Case: EDCV 10-0212-AG OPx)]<br><br>**ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER** |

- 1 -
[PROPOSED] ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER

C:\Temp\notesC7A056\Prop.Ord.wpd

|   |   |
|---|---|
| TWELVE OAKS PARTNERS, LLC a California Limited Liability company; | ) ) ) |
| Cross-Complainant, | ) ) |
| v. | ) ) |
| MARSHALL BANK, N.A., a national bank; THE MARSHALL GROUP, INC., a Minnesota corporation; MARSHALL BANKFIRST CORPORATION, a Minnesota banking corporation; NARA BANK NATIONAL ASSOCIATION, a nationally chartered banking corporation; GOLDEN SECURITY BANK; FIRST PRIVATE BANK & TRUST; SAIGON NATIONAL BANK; COMMUNITY BUSINESS BANK; INTEGRATED FINANCIAL ASSOCIATES, INC., a Nevada corporation; STATEWIDE RECONVEYANCE GROUP, INC., dba STATEWIDE FORECLOSURE SERVICES, a California corporation; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO and ROES 1 through 65, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Cross- Defendants. | ) ) |

THE COURT HEREBY ORDERS THE ENTRY OF THE PROTECTIVE ORDER ON THE TERMS AND CONDITIONS PROVIDED FOR IN THE PARTIES' STIPULATED PROTECTIVE ORDER.

**IT IS SO ORDERED.**

Dated: March 28, 2012.

_____
HON. OSWALD PARADA
U.S. DISTRICT MAGISTRATE JUDGE